# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Spectrum-Insight, Joint Venture | )   ASBCA Nos. 58822, 59972, 59973 |
| | ) |
| Under Contract No. W912PL-10-C-0039 | ) |

APPEARANCES FOR THE APPELLANT:     Jonathan A. DeMella, Esq.
    Kate H. Kennedy, Esq.
     Davis Wright Tremaine LLP
     Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
    John F. Bazán, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' Settlement Agreement, dated 15 July 2016, resulting from an Alternative Dispute Resolution process following a ten-day hearing, and the parties' 3 August 2016 "REQUEST FOR ENTRY OF CONSENT JUDGMENT," that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,750,000. Pursuant to paragraph 2.b. of the parties' Settlement Agreement, if payment is not made within 60 days from the date of this decision, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 commencing on the 61st day until date of payment.

Dated: 9 August 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

MARK N. STEMPLER                            RICHARD SHACKLEFORD
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 58822, 59972, 59973,
Appeals of Spectrum-Insight, Joint Venture, rendered in conformance with the Board's
Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2